1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   GARTH HIRE (CABN 187330)
    Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612-5217
       Telephone:  (510) 637-3929
7      Facsimile:  (510) 637-3724
       E-Mail:     Garth.Hire@usdoj.gov
8
    Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR 09-00775 SBA
                                     )
14        Plaintiff,                 )    STIPULATION AND  ORDER
                                     )    CONTINUING STATUS CONFERENCE
15        v.                         )    AND EXCLUDING TIME
                                     )
16  JUAN OCTAVIANO LOPEZ,            )
       aka Juan Octavio Lopez Ortiz, )
17     aka Juan Lopez Gomez,         )
       aka Manuel Vargas, and        )
18  GLENDY GOMEZ,                    )
       aka Glendy Elizabeth Gomez,   )
19                                   )
          Defendants.                )
20  ─────────────────────────────── )

21

22        Plaintiff, by and through its attorney of record, and defendants, by and through their

23  counsel of record, hereby stipulate and ask the Court to find as follows:

24        1.    A status conference in this matter is currently scheduled for 9 a.m. on Tuesday,

25  January 12, 2010.

26        2.    The parties request that this hearing be continued until 9 a.m. on Tuesday,

27  February 9, 2010, in order to provide defendants' counsel with additional time to evaluate the

28  evidence in this case and determine whether or not defendant should enter a change of plea or

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

1   file motions and to prepare for trial in this matter.

2        3.      Specifically, defendants' counsel needs the continuance in order to review

3   discovery with defendants, investigate the case, and develop a motions and/or trial strategy in

4   light of the discovery.  The parties believe that failure to grant the above-requested continuance

5   would deny defendants' counsel and defendant the reasonable time necessary for effective

6   preparation taking into account the exercise of due diligence and that the ends of justice served

7   by continuing the case as requested outweigh the interest of the public and defendant in a trial

8   within the date prescribed by the Speedy Trial Act.

9        4.      Thus, the parties respectfully request that the Court find that the time period from

10  January 12, 2010, to February 9, 2010, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

11  (B)(iv) because it results from a continuance granted by the Court at the defendant's request and

12  on the basis of the Court's finding that the ends of justice served by taking such action outweigh

13  the best interest of the public and the defendant in a speedy trial and because failure to grant the

14  continuance would unreasonably deny defense counsel the time necessary for effective

15  preparation for trial, taking into account due diligence.

16      IT IS SO STIPULATED.

17                                                      JOSEPH P. RUSSONIELLO
                                                         United States Attorney
18

19  Dated: January 8, 2010                          _____/s/_____
                                                         GARTH HIRE
20                                                       Assistant United States Attorney

21                                                       Attorney for United States of America

22
    Dated: January 8, 2010                          _____/s/_____
23                                                       GILBERT EISENBERG

24                                                       Attorney for Defendant
                                                         Juan Octaviano Lopez
25

26  Dated: January 8, 2010                          _____/s/_____
                                                         RANDALL KNOX
27
                                                         Attorney for Defendant
28                                                       Glendy Gomez

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                    2

1

**ORDER**

2        FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

3        1.      The currently scheduled January 12, 2010, status conference hearing is vacated.

4   A status conference hearing is now scheduled for 9:00 a.m. on February 9, 2010.

5        2.      The time period from January 12, 2010, to February 9, 2010, is deemed

6   excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance

7   granted by the Court at the defendants' request and on the basis of the Court's finding that the

8   ends of justice served by taking such action outweigh the best interest of the public and the

9   defendants in a speedy trial and because failure to grant the continuance would unreasonably

10  deny defense counsel the time necessary for effective preparation for trial, taking into account

11  due diligence.

12

13  DATED: 1/11/10                          _____
                                            HONORABLE SAUNDRA BROWN ARMSTRONG
14                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                    3