1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4   GARTH HIRE (CABN 187330)
    Assistant United States Attorney
5
6       1301 Clay Street, Suite 340-S
        Oakland, California 94612-5217
7       Telephone:  (510) 637-3929
        Facsimile:  (510) 637-3724
        E-Mail:      Garth.Hire@usdoj.gov
8
    Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR 09-00775 SBA
                                     )
14          Plaintiff,               )    STIPULATION AND ORDER
                                     )    CONTINUING STATUS CONFERENCE
15      v.                           )    AND EXCLUDING TIME
                                     )
16  JUAN OCTAVIANO LOPEZ,            )
      aka Juan Octavio Lopez Ortiz,  )
17    aka Juan Lopez Gomez,          )
      aka Manuel Vargas, and         )
18  GLENDY GOMEZ,                    )
      aka Glendy Elizabeth Gomez,    )
19                                   )
            Defendants.              )
20  _____)

21

22          Plaintiff, by and through its attorney of record, and defendants, by and through their

23  counsel of record, hereby stipulate and ask the Court to find as follows:

24          1.      A status conference in this matter is currently scheduled for 9 a.m. on Tuesday,

25  September 21, 2010.

26          2.      The parties request that this hearing be continued until 9 a.m. on Tuesday,

27  November 9, 2010, in order to provide defendants' counsel with additional time to evaluate the

28  evidence in this case and determine whether or not defendant should enter a change of plea or

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

file motions and to prepare for trial in this matter.

3.    Specifically, the parties have agreed to submit the methamphetamine for independent examination and analysis by an non-government laboratory.  The parties expect this examination and analysis to take several weeks.  This independent examination and analysis is necessary for the defense to effectively prepare for trial in this matter.  The parties believe that failure to grant the above-requested continuance would deny defendants' counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4.    Thus, the parties respectfully request that the Court find that the time period from September 21, 2010, to November 9, 2010, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: September 20, 2010                  ___/s/_____
                                            GARTH HIRE
                                            Assistant United States Attorney

                                            Attorney for United States of America

Dated: September 20, 2010                  ___/s/_____
                                            LYNN KESLAR

                                            Attorney for Defendant
                                            Juan Octaviano Lopez

Dated: September 20, 2010                           /s/
                                        RANDALL KNOX

                                        Attorney for Defendant
                                        Glendy Gomez


                              **ORDER**

        FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

        1.      The currently scheduled September 21, 2010, status conference hearing is

vacated.  A status conference hearing is now scheduled for 9:00 a.m. on November 9, 2010.

        2.      The time period from September 21, 2010, to November 9, 2010, is deemed

excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance

granted by the Court at the defendants' request and on the basis of the Court's finding that the

ends of justice served by taking such action outweigh the best interest of the public and the

defendants in a speedy trial and because failure to grant the continuance would unreasonably

deny defense counsel the time necessary for effective preparation for trial, taking into account

due diligence.


DATED: 9/22/10 _____         _____
                               HONORABLE SAUNDRA BROWN ARMSTRONG
                               UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                    3