1   MELINDA HAAG (CABN 132612)
    United States Attorney
2

3   J. DOUGLAS WILSON (DCBN 412811)
    Acting Chief, Criminal Division

4   GARTH HIRE (CABN 187330)
    Assistant United States Attorney
5

6       1301 Clay Street, Suite 340-S
        Oakland, California 94612-5217
        Telephone:  (510) 637-3929
7       Facsimile:  (510) 637-3724
        E-Mail:      Garth.Hire@usdoj.gov
8

9   Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13   UNITED STATES OF AMERICA,            )   No. CR 09-00775 SBA
                                          )
14            Plaintiff,                   )   STIPULATION AND ORDER
                                          )   CONTINUING STATUS CONFERENCE
15       v.                                )   AND EXCLUDING TIME
                                          )
16   JUAN OCTAVIANO LOPEZ,                 )
        aka Juan Octavio Lopez Ortiz,      )
17      aka Juan Lopez Gomez,              )
        aka Manuel Vargas, and             )
18   GLENDY GOMEZ,                         )
        aka Glendy Elizabeth Gomez,        )
19                                         )
              Defendants.                   )
20   _____ )

21

22          Plaintiff, by and through its attorney of record, and defendants, by and through their

23   counsel of record, hereby stipulate and ask the Court to find as follows:

24          1.      A status conference in this matter is currently scheduled for 10 a.m. on

25   Wednesday, January 26, 2011, before United States Magistrate Donna M. Ryu.

26          2.      The parties request that this hearing be continued until 9:30 a.m. on Wednesday,

27   March 2, 2011, before United States Magistrate Judge Donna M. Ryu, in order to provide

28   defendants' counsel with additional time to evaluate the evidence in this case and determine

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

whether or not defendant should enter a change of plea or file motions and to prepare for trial in this matter.

3.      Specifically, additional time is needed for defense counsel to review the results of independent analysis of narcotics.  This independent examination and analysis is necessary for the defense to effectively prepare for trial in this matter. The parties believe that failure to grant the above-requested continuance would deny defendants' counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4.      Thus, the parties respectfully request that the Court find that the time period from January 26, 2011, to March 2, 2011, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: January 25, 2011                                        _____/s/_____
                                                                              GARTH HIRE
                                                                              Assistant United States Attorney

                                                                              Attorney for United States of America

Dated: January 25, 2011                                        _____/s/_____
                                                                              LYNN KESLAR

                                                                              Attorney for Defendant
                                                                              Juan Octaviano Lopez

Dated: January 25, 2011                          /s/
                                                 RANDALL KNOX

                                                 Attorney for Defendant
                                                 Glendy Gomez


## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

    1.      The currently scheduled January 25, 2011, status conference hearing is vacated. A status conference hearing is now scheduled for 9:30 a.m. on March 2, 2011.

    2.      The time period from January 25, 2011, to March 2, 2011, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

DATED:  1/25/2011                _____
                                 HONORABLE DONNA M. RYU
                                 UNITED STATES MAGISTRATE JUDGE