MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Deputy Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JUAN OCTAVIANO LOPEZ,  )<br>  aka Juan Octavio Lopez Ortiz,  )<br>  aka Juan Lopez Gomez,  )<br>  aka Manuel Vargas, and  )<br>GLENDY GOMEZ,  )<br>  aka Glendy Elizabeth Gomez,  )<br>  )<br>   Defendants.  )<br>_____) | No. CR 09-00775 SBA<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME |

      Plaintiff, by and through its attorney of record, and defendants, by and through their counsel of record, hereby stipulate and ask the Court to find as follows:

      1.    A status conference in this matter is currently scheduled for 9:30 a.m. on Wednesday, March 30, 2011, before the Honorable Donna M. Ryu, United States Magistrate Judge.

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

2. The parties request that this hearing be continued until 10:00 a.m. on Tuesday, May 10, 2011, before the Honorable Saundra Brown Armstrong, United States District Judge, in order to provide defendants' counsel with additional time to evaluate the evidence in this case and determine whether or not defendant should enter a change of plea or file motions and to prepare for trial in this matter.

3. Specifically, additional time is needed for defendant Lopez's defense counsel to review the record regarding defendant Lopez's prior state felony narcotics conviction and to determine whether or not to initiate court proceedings to attack that prior conviction.  Counsel for both defendants also continue to need additional time to review the discovery in this matter and to determine whether motions are appropriate.  The parties believe that failure to grant the above-requested continuance would deny defendants' counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4. Thus, the parties respectfully request that the Court find that the time period from March 30, 2011, to May 10, 2011, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective

//
//
//
//
//

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                 2

preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

          MELINDA HAAG
          United States Attorney

Dated: March 28, 2011          /s/
          GARTH HIRE
          Assistant United States Attorney

          Attorney for United States of America


Dated: March 28, 2011          /s/
          LYNN KESLAR

          Attorney for Defendant
          Juan Octaviano Lopez


Dated: March 28, 2011          /s/
          RANDALL KNOX

          Attorney for Defendant
          Glendy Gomez

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled March 30, 2011, status conference hearing is vacated. A status conference hearing is now scheduled for 10:00 a.m. on May 10, 2011, before the Honorable Saundra Brown Armstrong, United States District Judge.

2. The time period from March 30, 2011, to May 10, 2011, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

DATED: 3/29/2011          _____
          HONORABLE DONNA M. RYU
          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME    3