1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Deputy Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone:  (510) 637-3705
7  Facsimile:   (510) 637-3724
   E-Mail:       James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,           )   No. CR-09-00775 SBA
                                         )
14 |     Plaintiff,                      )   STIPULATED REQUEST TO CONTINUE
                                         )   HEARING DATE TO FEBRUARY 7, 2012
15 | v.                                  )   AND TO EXCLUDE TIME UNDER THE
                                         )   SPEEDY TRIAL ACT
16 | JUAN OCTAVIANO LOPEZ,               )
      aka Juan Octavio Lopez Ortiz,      )   Date:   January 24, 2012
17    aka Juan Lopez Gomez,              )   Time:   10:00 a.m.
      aka Manuel Vargas, and             )   Court:  Hon. Saundra Brown
18 | GLENDY GOMEZ,                       )           Armstrong
      aka Glendy Elizabeth Gomez,        )
19                                       )
                                         )
20       Defendants.                     )
                                         )
21

22      The above-captioned matter is set on January 24, 2012 before this Court for status.  The

23 parties request that the Court continue the hearing to February 7, 2012 at 10:00 a.m. and that the

24 Court exclude time under the Speedy Trial Act between January 19, 2012 and February 7, 2012.

25      The requested continuance will provide defendants' counsel with additional time to

26 evaluate the evidence in this case and determine whether or not defendants should enter a change

27 of plea or file motions and to prepare for trial in this matter.  Specifically, new counsel was

28 recently appointed for defendant Lopez after his prior counsel withdrew.  New counsel needs the

STIP. REQ. TO CONTINUE HEARING TO FEBRUARY 7, 2012 AND TO EXCLUDE TIME
No. CR-09-00775 SBA

continuance in order to review the discovery and the evidence, evaluate the plea agreement in light of the discovery and the evidence, and to meet and confer with his client to discuss the discovery and the evidence and to determine whether or not to prepare and file motions in this case and/or to proceed to trial.  Additionally, new lead counsel for the United States will be taking over the prosecution of this matter.  The requested continuance will allow new lead counsel for the United States time to evaluate the evidence in this case, as well as the favorable evidence provided by counsel for defendant Gomez.  Although not relevant for purposes of the requested time exclusion, the parties hope to reach plea agreements before February 7, 2012.  The extension is not sought for delay.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time between January 19, 2012 and February 7, 2012 under the Speedy Trial Act for effective preparation of counsel, continuity of government counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January 18, 2012

_____/s/_____
JAMES C. MANN
Assistant United States Attorney
Counsel for United States

_____/s/_____
ERIK G. BABCOCK
Counsel for Defendant Juan Octaviano Lopez

_____/s/_____
RANDALL G. KNOX
Counsel for Glendy Gomez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00775 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING |
| v. | ) ) | DATE TO FEBRUARY 7, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY |
| JUAN OCTAVIANO LOPEZ, aka Juan Octavio Lopez Ortiz, | ) ) | TRIAL ACT |
| aka Juan Lopez Gomez, aka Manuel Vargas, and | ) ) | Date:  January 24, 2012 Time:  10:00 a.m. |
| GLENDY GOMEZ, aka Glendy Elizabeth Gomez, | ) ) | Court: Hon. Saundra Brown Armstrong |
| Defendants. | ) ) ) | |

The parties jointly requested that the hearing in this matter be continued from January 24, 2012 to February 7, 2012 at 10:00 a.m., and that time be excluded under the Speedy Trial Act between January 19, 2012 and February 7, 2012.

The requested continuance will provide defendants' counsel with additional time to evaluate the evidence in this case and determine whether or not defendants should enter a change of plea or file motions and to prepare for trial in this matter. Specifically, new counsel was recently appointed for defendant Lopez after his prior counsel withdrew. New counsel needs the continuance in order to review the discovery and the evidence, evaluate the plea agreement in light of the discovery and the evidence, and to meet and confer with his client to discuss the

STIP. REQ. TO CONTINUE HEARING TO FEBRUARY 7, 2012 AND TO EXCLUDE TIME
No. CR-09-00775 SBA

1  discovery and the evidence and to determine whether or not to prepare and file motions in this
2  case and/or to proceed to trial.  Additionally, new lead counsel for the United States will be
3  taking over the prosecution of this matter.  The requested continuance will allow new lead
4  counsel for the United States time to evaluate the evidence in this case, as well as the favorable
5  evidence provided by counsel for defendant Gomez.  Although not relevant for purposes of the
6  requested time exclusion, the parties hope to reach plea agreements before February 7, 2012.
7  The parties agreed that the extension is not sought for delay.  The parties further agreed the ends
8  of justice served by granting the continuance outweigh the best interests of the public and the
9  defendant in a speedy trial.

10      For these stated reasons, the Court finds that the ends of justice served by granting the
11 continuance outweigh the best interests of the public and the defendant in a speedy trial.  Good
12 cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

13     **IT IS HEREBY ORDERED** that the hearing in this matter is continued from January
14 24, 2012 to February 7, 2012 at 10:00 a.m. before this Court, and that time between January 19,
15 2012 and February 7, 2012 is excluded under the Speedy Trial Act to allow for the effective
16 preparation of defense counsel, taking into account the exercise of due diligence.

18 DATED:_1/23/12                           _____
                                            HON. SAUNDRA BROWN ARMSTRONG
19                                          United States District Court Judge

STIP. REQ. TO CONTINUE HEARING TO FEBRUARY 7, 2012 AND TO EXCLUDE TIME
No. CR-09-00775 SBA