MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Deputy Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone: (510) 637-3680
  Fax: (510) 637-3724
  E-Mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00775 SBA |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 25, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JUAN OCTAVIANO LOPEZ, and GLENDY GOMEZ, | |
| Defendants. | |

The above-captioned matter is set for March 6, 2012 for a status conference. The parties request that the Court continue the hearing to April 25, 2012 at 10:00 a.m. and that the Court exclude time under the Speedy Trial Act between the filing of this stipulation and April 25, 2012.

Defendants Lopez and Gomez were charged on July 29, 2009 with possession of a controlled substance for sale. Attorney Lynn Kelsar was appointed for Mr. Lopez, and Randy Knox for Ms. Gomez. On November 8, 2011 Attorney Erik Babcock was appointed to represent Mr. Lopez.

STIP. REQ. AND [PROPOSED] ORDER TO CONTINUE
HEARING TO APRIL 25, 2012 AND TO EXCLUDE TIME
No. CR-09-00775 SBA

Counsel for defendant Lopez needs additional time in which to consult with his client. Although counsel has visited Mr. Lopez several times in jail, when he called this week to schedule a visit, he was told that a visit could not be scheduled until clearance from the U.S. Marshal was obtained.  Counsel has requested such clearance from the Marshal.  However, counsel will be out of town and unavailable to visit with Mr. Lopez until Monday, March 5, 2012.  Counsel will need additional time before being prepared to determine whether or not defendant Lopez should enter a change of plea or file motions and to prepare for trial in this matter.

A continuance is therefore necessary in order to review the discovery and the evidence, evaluate the proposed plea agreement in light of the discovery and the evidence, and to meet and confer with Mr. Babcock's client to discuss the discovery and the evidence and to determine whether or not to prepare and file motions in this case and/or to proceed to trial. Counsel for defendants Lopez and Gomez have scheduling conflicts deriving from other cases between the date of this stipulation and April 25, 2012.

Additionally, new lead counsel for the United States has recently been assigned to the prosecution of this matter. The requested continuance will allow new counsel for the United States time to evaluate the evidence in this case, as well as mitigating circumstances provided by counsel for defendant Gomez. Although not relevant for purposes of the requested time exclusion, the parties hope to reach plea agreements before April 25.  The extension is not sought for delay.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between the date of this stipulation and April 25, 2012

//

//

//

//

//

STIP. REQ. AND [PROPOSED] ORDER TO CONTINUE
HEARING TO APRIL 25, 2012 AND TO EXCLUDE TIME
No. CR-09-00775 SBA                    -2-

1   //

2   //

3   under the Speedy Trial Act for effective preparation of counsel, continuity of counsel, and

4   pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5   DATED: March 2, 2012

6

7   _____/s/_____
    CHRISTINA McCALL
8   Assistant United States Attorney

9   _____/s/_____
10  ERIK BABCOCK
    Counsel for Defendant Juan Lopez
11

12  _____/s/_____
    RANDALL G. KNOX
13  Counsel for Glendy Gomez

14
15              **FINDINGS AND ORDER.**

16          The parties jointly requested that the hearing in this matter be continued from March 6,

17  2012 at 10:00 a.m., to April 25, 2012 at 10:00 a.m. and that time be excluded under the Speedy

18  Trial Act between the date of this stipulation and April 25, 2012.

19          The Court hereby finds that the requested continuance will provide defendants' counsel

20  with necessary time to evaluate the evidence in this case and determine whether or not

21  defendants should enter a change of plea or file motions and to prepare for trial in this matter.

22  Specifically, new counsel was appointed for defendant Lopez after his prior counsel withdrew

23  and new counsel needs additional time review the discovery and the evidence, evaluate the plea

24  agreement in light of the discovery and the evidence, and to meet and confer with his client to

25  discuss the discovery and the evidence and to determine whether or not to prepare and file

26  motions in this case and/or to proceed to trial. Counsel for defendants Lopez and Gomez have

27  scheduling conflicts deriving from other cases between the date of this stipulation and April 25,

28  2012.

STIP. REQ. AND [PROPOSED] ORDER TO CONTINUE
HEARING TO APRIL 25, 2012 AND TO EXCLUDE TIME
No. CR-09-00775 SBA                    -3-

Additionally, new lead counsel for the United States has recently taken over the prosecution of this matter. The requested continuance will allow new counsel for the United States time to evaluate the evidence in this case, as well as mitigating information provided by counsel for defendant Gomez. Although not relevant for purposes of the requested time exclusion, the parties hope to reach plea agreements before April 25, 2012. The parties agreed that the extension is not sought for delay.  The parties further agreed the ends of justice served by

granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the hearing in this matter is continued from March 6, 2012 to April 25, 2012 at 10:00 a.m. before this Court, and that time between this stipulation and April 25, 2012 is excluded under the Speedy Trial Act to allow for the effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED:3/6/12


_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

STIP. REQ. AND [PROPOSED] ORDER TO CONTINUE
HEARING TO APRIL 25, 2012 AND TO EXCLUDE TIME
No. CR-09-00775 SBA                    -4-