UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

United States of America,  )   Case No. CR 09-0775 SBA
)
    *Plaintiff*,  )
)   STIPULATED ORDER EXCLUDING
)   TIME UNDER THE SPEEDY TRIAL ACT
  v.  )
)   **FILED**
Juan Lopez +  )
Glendy Gomez  )   JUN 20 2012
    *Defendants*  )
    RICHARD W. WIEKING
    CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
    OAKLAND

For the reason stated by the parties on the record on **June 20**, 2012, the Court excludes time under the Speedy Trial Act from **June 20**, 2012, to **July 24**, 2012 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factors:

✓    Failure to grant a continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(I).

_____   The case is so unusual or so complex, due to *[circle applicable reasons]* the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____   Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____   Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓    Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv), **especially given the need to obtain state court records from San Mateo County for defendant Lopez.**

_____   For the reasons stated on the record, it is further ordered that time is excluded under 18 U.S.C. § 3161(b) and waived with the consent of the defendant under Federal Rules of Criminal Procedure 5.1(c) and (d).

**IT IS SO ORDERED.**

DATED: **6/20**, 2012

                               Hon. Kandis Westmore
                               United States Magistrate Judge

STIPULATED: _____        _____
            Erik Babcock / Randall Knox        Christina McAll
            Attorney for Defendants            Assistant United States Attorney