UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00775 SBA |
| Plaintiff, | [PROPOSED] ORDER VACATING THE OCTOBER 9, 2012 STATUS HEARING |
| v. | |
| JUAN OCTAVIO LOPEZ and GLENDY GOMEZ, | |
| Defendants. | |

The parties have proffered to the Court that they have reached a pretrial resolution in this matter and have set a date to appear before the District Judge on January 22, 2013. Therefore, IT IS HEREBY ORDERED that the status hearing set for October 9, 2012, is VACATED.

DATED: 5 Oct 12

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

No. CR 09-00775 SBA