| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | CHRISTINA McCALL (CABN 234139)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612 |
| 7 | Telephone: (510) 637-3680<br>Fax: (510) 637-3724 |
| 8 | E-Mail:  christina.mccall@usdoj.gov |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0775 SBA |
| Plaintiff, | ) ) | STIPULATED REQUEST TO SET |
| v. | ) ) | CHANGE OF PLEA BEFORE<br>MAGISTRATE JUDGE WESTMORE ON |
| JUAN OCTAVIANO LOPEZ, | ) ) | JANUARY 29, 2013 AND ORDER |
| Defendant. | ) ) ) ) ) ) | Date:     January 29, 2013<br>Time:     10:00 a.m.<br>Court:    Hon. Saundra Brown<br>              Armstrong |

The above-captioned matter is set on January 29, 2013 before this Court for change of plea and sentencing.  The parties request that this Court vacate that date as to defendant Juan Octaviano Lopez and set this matter for change of plea on January 29, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

//

//

//

//

//

STIP. REQ. TO SET CHANGE OF PLEA ON JANUARY 29, 2013
No. CR-09-0775 SBA

Counsel for defendant Lopez was recently sent out for trial in state court beginning this week, so there is a possibility the parties will need to submit another stipulation requesting another date if defense counsel is not available on January 29.

DATED: January 25, 2013

_____/s/_____  
CHRISTINA McCALL  
Assistant United States Attorney  
Counsel for United States

_____/s/_____  
ERIK BABCOCK  
Counsel for Juan Lopez

**IT IS HEREBY ORDERED** that this matter as to defendant Juan Octaviano Lopez is set for change of plea on January 29, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

DATED:__1/25/13

_____  
HON. SAUNDRA BROWN ARMSTRONG  
United States District Court Judge